UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HERMILO RODRIGUEZ<br><br>　　　　Defendant. | CRIMINAL CASE NO.: 02-00032-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>SEP 22 2005<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

Re:   **Report and Order Terminating Term of Probation**

　　The above named defendant has complied with the conditions of probation imposed by the order of the Court and the period of probation expired on September 11, 2005. I therefore recommend that the defendant be discharged from probation and the proceedings in this case be terminated.

　　　　RESPECTFULLY submitted this 20th day of September 2005.

　　　　　　　　　　FRANK MICHAEL CRUZ
　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　By: _____
　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:　Joseph Tock, AUSA
　　　William Gavras, Defense Counsel
　　　File

*********************************************************************

ORDER OF THE COURT

　　Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceeding in the case be terminated.

　　　　Dated this 22nd day of September 2005.

　　　　　　　　　　_____
　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　U.S. Magistrate Judge

RECEIVED
SEP 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL